IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| RONALD HOOPER, III, | § | |
| | § | No. 264, 2025 |
| Petitioner Below, | § | |
| Appellant, | § | Court Below—Family Court of |
| | § | the State of Delaware |
| v. | § | |
| | § | File No. CS17-02106 |
| BERNICE HART, | § | Petition No. 24-14057 |
| | § | |
| Respondent Below, | § | |
| Appellee. | § | |

Submitted: December 19, 2025
Decided: March 6, 2026

Before **VALIHURA**, **TRAYNOR**, and **LEGROW**, Justices.

## **ORDER**

After consideration of the parties' briefs and the record on appeal, the Court concludes that the judgment below should be affirmed on the basis of and for the reasons stated in the Family Court's order, dated June 9, 2025, granting in part the petition to modify custody.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Family Court be affirmed.

BY THE COURT:

*/s/ Gary F. Traynor*
Justice